**Juan Vargas HERNANDEZ,
Movant/Appellant,**

v.

**STATE of Missouri,
Respondent/Respondent.**

**No. 59014.**

Missouri Court of Appeals,
Eastern District,
Division Three.

June 18, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 23, 1991.

Application to Transfer Denied
Sept. 10, 1991.

Ellen A. Blau, David C. Hemingway, St. Louis, for movant/appellant.

William L. Webster, Atty. Gen., Barbara J. Wood, Asst. Atty. Gen., Jefferson City, for respondent/respondent.

### ORDER

PER CURIAM.

Movant Juan Vargas Hernandez appeals the denial of his Rule 24.035 motion without an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum opinion for their information only setting forth the rea-

sons for our order affirming the judgment pursuant to Rule 84.16(b).